JEFFER, MANGELS, BUTLER & MARMARO LLP                            JS-6
MARC MARMARO (Bar No. 85242), mmarmaro@jmbm.com
AMY LERNER HILL (Bar No. 216288), akl@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

HAYNES and BOONE
DONALD TEMPLIN (admitted PHV) don.templin@haynesboone.com
PHILIP BRIDWELL (admitted PHV) philip.bridwell@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Attorneys for Defendants DRESSER-RAND GROUP INC. and DRESSER-RAND COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ENERGY COMPANY, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>DRESSER RAND GROUP INC. a/k/a DRESSER RAND COMPANY, a New York General Partnership<br><br>Defendants. | CASE NO. CV08-04298 VBF (RZx)<br><br>**ORDER RE AGREED STIPULATION OF DISMISSAL AND MOTION TO DISMISS WITH PREJUDICE**<br><br>Judge:    Hon. Valerie Baker Fairbank |

Proposed Order56.doc

# ORDER

Based on the Stipulation of the parties, the Court finds good cause to enter the Order requested by the parties' Stipulation. Accordingly, pursuant to the settlement, the Court hereby orders that:  The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  April 29, 2009

_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Court Judge

PRINTED ON RECYCLED PAPER